**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| DONALD HENRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:21-cv-00006-HAB |
| | ) | |
| KROGER LIMITED PARTNERSHIP I, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate

and agree that this matter and all causes of action asserted in this matter, whether claims,

counterclaims, or otherwise, should be dismissed with prejudice. The parties further stipulate and

agree that each party will bear their own fees and costs.

s/ _____

Christopher C. Myers
(cmyers@myers-law.com)
**MYERS & WALLACE LLP**
809 South Calhoun Street, Suite 400
Fort Wayne, IN 46802
Phone: (260) 424-0600
Fax: (260) 424-0712

ATTORNEY FOR PLAINTIFF

s/ Jason T. Clagg _____

Jason T. Clagg
(jason.clagg@btlaw.com)
**BARNES & THORNBURG LLP**
888 South Harrison Street, Suite 600
Fort Wayne, IN 46802
Phone: (260) 423-9440
Fax: (260) 424-8316

ATTORNEY FOR DEFENDANTS